A. PERRY HARRINGTON et al., Respondents, *v.* WILLIAM CLARK, Appellant.

(Submitted June 17, 1880 ; decided September 21, 1880.)

. DECIDED on the facts in the case.

*Amos H. Prescott* for appellant.

*Leon Talcott* for respondents.

EARL, J., reads for affirmance.
All concur, except FINCH, J., absent at argument.
Judgment affirmed.

---

In the Matter of the Petition of NELLIE SANGER et al., to vacate an assessment.

(Submitted June 15, 1880 ; decided September 28, 1880.

*John C. Shaw* for appellant.

*J. A. Beall* for respondent.

Agree to reverse orders of General and Special Terms, and to grant motion on authority of *In re Robbins* (p. 131).
No opinion.
All concur.
Ordered accordingly.